THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VITO BRANCATO, Appellant.

Argued January 23, 1940; decided March 5, 1940.

*David L. Malbin* and *Samuel Paige* for appellant.

*William O'Dwyer, District Attorney (Solomon A. Klein* and *Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.